UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: | § |
| | § |
| ROBINSON, KRISTOPHER A | § Case No. 12-03415 |
| ROBINSON, DANNAE E | § |
| | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IL/EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 10/19/2012 in Courtroom ,
Will County Court Annex
57 N. Ottawa, Courtroom 201
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/05/2012                By: /s/ Bradley J. Waller
                                              Trustee

BRADLEY J. WALLER
2045 Aberdeen Court
SYCAMORE, IL 60178

UST Form 101-7-NFR (5/1/2011) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ROBINSON, KRISTOPHER A § Case No. 12-03415
ROBINSON, DANNAE E §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 16,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

NONE

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,900.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealthe Edison Company | $ 893.89 | $ 0.00 | $ 799.00 |
| 000002 | Southwest Surgical Associates | $ 52.00 | $ 0.00 | $ 46.48 |
| 000003 | Cavalry Portfolio Services, LLC | $ 288.82 | $ 0.00 | $ 258.16 |
| 000004 | Cavalry Portfolio Services, LLC | $ 4,582.54 | $ 0.00 | $ 4,096.10 |
| 000005 | Silver Cross Hospital | $ 9,032.26 | $ 0.00 | $ 8,073.48 |
| 000006 | VERIZON WIRELESS | $ 895.03 | $ 0.00 | $ 800.02 |
| 000007 | LVNV Funding, LLC its successors and assigns as | $ 333.13 | $ 0.00 | $ 297.77 |
| 000008 | American InfoSource LP as agent for | $ 279.89 | $ 0.00 | $ 250.18 |
| 000009 | American InfoSource LP as agent for | $ 1,542.55 | $ 0.00 | $ 1,378.81 |

    Total to be paid to timely general unsecured creditors    $ 16,000.00

    Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Bradley J. Waller
Trustee

*BRADLEY J. WALLER*
*2045 Aberdeen Court*
*SYCAMORE, IL 60178*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-03415-BWB
Kristopher A Robinson                                                   Chapter 7
Dannae E Robinson
    Debtors                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: cmendoza1          Page 1 of 3          Date Rcvd: Mar 05, 2012
                              Form ID: ntcftfc7        Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2012.
db/jdb     +Kristopher A Robinson,    Dannae E Robinson,    106 E. Jefferson St.,    Apt. 156,
             Shorewood, IL 60404-7924
18425912    ACFPC LaGrange,    PO Box 7004,    Bolingbrook, IL 60440-7004
18425913   #+Advanced Urology Associates,    812 Campus Dr.,    Joliet, IL 60435-5128
18425914    +Adventist LaGrange Mem Hosp,    % Malcolm S. Gerald & Associates,
             332 S. Michigan Ave.; Suite 600,    Chicago, IL 60604-4318
18425915    Adventist LaGrange Memorial,    PO Box 9234,    Oak Brook, IL 60522-9234
18425916    +Alan Chen Surgical Associates PC,    823 129th Infantry Drive,    Suite #103,
             Joliet, IL 60435-8347
18425917    Allied Anesthesia Assoc,    % Medical Business Bureau,    140 Renaissance Dr.,
             Park Ridge, IL 60068
18425918    +American Adjustment Bureau,    c/o Merchant's Credit Guide Co,    223 W Jackson Blvd., #400,
             Chicago, IL 60606-6974
18425919    +Assoc. Pathologists of Joliet,    % Creditors Discount & Audit Co.,    415 E. Main St.,
             Streator, IL 61364-2927
18425920    Associate Pathologists of Joliet,    39784 Treasury Ctr.,    Chicago, IL 60694-9700
18425924    +Bay Finance,    % Keynote Consulting,    220 W. Campus Dr.; Suite 102,
             Arlington Heights, IL 60004-1498
18425925    +Central Professional Group,    % Asset Management Outsourcing,
             6737 W. Washington St.; Suite 3118,    West Allis, WI 53214-5656
18425929    Condell Medical Center,    % Malcolm S Gerald & Assoc,    332 S. Michigan Ave.; Suite 514,
             Chicago, IL 60604-4434
18425930    +Creditors Discount & Audit Co.,    PO Box 213,    Streator, IL 61364-0213
18425932    +DS Waters of America Inc.,    % CBA Collection Bureau,    25954 Eden Landing Rd.,
             Hayward, CA 94545-3837
18425931    +Dr. Khater O.B.-Gyn,    % Collection Prof/LaSalle,    723 1st St.,    La Salle, IL 61301-2535
18425934    EM Strategies Ltd.,    PO Box 1208,    Bedford Park, IL 60499-1208
18425933    +Edward Hospital,    % Merchants Credit Guide,    223 W. Jackson Blvd.; Suite 900,
             Chicago, IL 60606-6912
18425935    Epic Group, S.C.,    Slot 303125,    PO Box 66973,    Chicago, IL 60666-0973
18425936    Fischer Mangold Joliet,    % NCO Credit Services,    PO Box 8547,    Philadelphia, PA 19101
18425937    +Franklin Collection Services,    2978 W. Jackson St.,    Tupelo, MS 38801-6731
18425938    Issan Health Care Group Ltd.,    2835 Paysphere Circle,    Chicago, IL 60474
18425940    +Joliet Doctors Clinic,    % Collection Prof/LaSalle,    723 1st St.,    La Salle, IL 61301-2535
18425941    +Joliet Fire Dept.,    % Creditors Discount & Audit,    415 E. Main St.,    Streator, IL 61364-2927
18425942    +Joliet Radiological Service Co,    % Illinois Collection Serv,    PO Box 1010,
             Tinley Park, IL 60477-9110
18425943    Joliet Radiological Service Corp.,    36910 Treasury Ctr.,    Chicago, IL 60694-6900
18425945    LCA,    PO Box 2240,    Burlington, NC 27216-2240
18425944    +Ladies Workout Express Membership,    c/o National Fitness Management,    P O Box 497,
             Layton, UT 84041-0497
18425948    MH Pembroke MC,    % NCO Credit Services,    PO Box 8547,    Philadelphia, PA 19101
18425950    +Optima Medical,    % Creditors Discount & Audit,    415 E. Main St.,    Streator, IL 61364-2927
18425951    +Pathology Laboratory Consult,    % Dependon Collection Serv,    PO Box 4833,
             Oak Brook, IL 60522-4833
18425952    Prairie Emergency Phys,    PO Box 635225,    Cincinnati, OH 45263-0043
18425953    Prairie Emergency Services,    % NCO Credit Services,    PO Box 8547,    Philadelphia, PA 19101
18425954    +Prairie Emergency Services,    c/o West Asset Managment Inc,    P.O. Box 790113,
             Saint Louis, MO 63179-0113
18425955    +Provena St. Joseph Med Ctr,    % KCA Financial Services, Inc.,    PO Box 53,
             Geneva, IL 60134-0053
18425956    Provena St. Joseph Medical Center,    PO Box 88097,    Chicago, IL 60680-1097
18425957    Provena St. Joseph Medical Center,    75 Remittance Dr.,    Suite 1366,    Chicago, IL 60675-1366
18425958    +Rasmussen College - Aurora,    2363 Sequoia Drive,    Suite 131,    Aurora, IL 60506-6219
18425963    +Silver Cross Hospital,    % Vision Financial Service,    1900 Whirlpool Dr.,
             La Porte, IN 46350-2708
18425962    +Silver Cross Hospital,    1200 Maple Rd.,    Joliet, IL 60432-1497
18425966    Suburban Radiologists, S.C.,    1446 Momentum Place,    Chicago, IL 60689-5314
18425967    +Superior Air-Ground Ambulance,    % MRSI,    2250 E. Devon Ave.; Suite 352,
             Des Plaines, IL 60018-4521
18425969    +United States Cellular Corp.,    % Allied International Cre,    2224 W. Northern Ave.;Suite 5143272,
             Phoenix, AZ 85021-4928
18425972   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
           (address filed with court: WFS/Wachovia Dealer Services,    PO Box 1697,    Winterville, NC 28590)
18425971    +Wells Fargo,    P O Box 660431,    Dallas, TX 75266-0431
18425974    +Wood Forest National Bank,    P.O. Box 7889,    The Woodlands, TX 77387-7889

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18425922    +EDI: WESTASSET.COM Mar 06 2012 01:58:00      AT&T,    % West Asset Management,    2703 N. Highway 75,
             Sherman, TX 75090-2567
18425923    +EDI: AFNIRECOVERY.COM Mar 06 2012 01:58:00      AT&T Mobility,    % Afni,    PO Box 3097,
             Bloomington, IL 61702-3097

```
District/off: 0752-1           User: cmendoza1           Page 2 of 3           Date Rcvd: Mar 05, 2012
                               Form ID: ntcftfc7         Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
18425921     +E-mail/Text: clerical.department@yahoo.com Mar 06 2012 03:44:16
              Associated Radiologists of Joliet,    % Creditors Collection Bur,    755 Almar Pkwy.,
              Bourbonnais, IL 60914-2392
18425927     +E-mail/Text: wgreen1@jdbyrider.com Mar 06 2012 04:55:22         CNAC,    2345 W Jefferson St,
              Joliet, IL 60435-6445
18425926     +EDI: CHASE.COM Mar 06 2012 01:58:00         Chase/Bank One Card Service,    PO Box 15298,
              Wilmington, DE 19850-5298
18425928      E-mail/Text: legalcollections@comed.com Mar 06 2012 03:25:54         ComEd,    PO Box 6111,
              Carol Stream, IL 60197-6111
18498150     +E-mail/Text: legalcollections@comed.com Mar 06 2012 03:25:54         Commonwealthe Edison Company,
              3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
18425946     +E-mail/Text: legal@lighthousefinance.com Mar 06 2012 03:43:58         Lighthouse Financial Group of,
              Illinois Inc,    232 S Larkin Ave,    Joliet, IL 60436-1248
18425949     +E-mail/Text: mmrgbk@miramedrg.com Mar 06 2012 04:53:36         Morris Hospital,
              c/o Miramed Revenue Group,    P.O. Box 77000,    Detroit, MI 48277-2000
18425959     +E-mail/Text: American@AABinfo.net Mar 06 2012 03:48:48         Rockville General Ud,
              % American Adjustment Bureau,    73 Field St.,   Waterbury, CT 06702-1906
18425961     +EDI: SECFIN.COM Mar 06 2012 01:58:00         Security Finance,    PO Box 3146,
              Spartanburg, SC 29304-3146
18425964     +E-mail/Text: admin@fcs2collect.com Mar 06 2012 03:26:16         Southwest Surgical Associates,
              % Falls Collection Service,    PO Box 668,   Germantown, WI 53022-0668
18425965     +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 06 2012 05:24:13         Sprint,
              % NCO Financial Services,    507 Prudential Rd.,    Horsham, PA 19044-2368
18425968     +EDI: AMERCOLLECT.COM Mar 06 2012 01:58:00         TCF National Bank IL,    % American Collections,
              919 Estes Crt.,   Schaumburg, IL 60193-4436
18425970      EDI: AFNIVZWIRE.COM Mar 06 2012 01:58:00         Verizon Wireless,    PO Box 25505,
              Lehigh Valley, PA 18002-5505
18425973     +E-mail/Text: bkynotice@harvardcollect.com Mar 06 2012 03:43:30         Will Co. Medeical Assoc. SC,
              % Harvard Collection,    4839 N. Elston Ave.,   Chicago, IL 60630-2534
18425975     +E-mail/Text: lboyd@residentcollect.com Mar 06 2012 04:55:24         Woodlands of Crest Hill,
              % Allied Collection Service,    4230 LBJ Fwy; Suite 407,    Dallas, TX 75244-5882
                                                                                             TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18425939      Jelly Roll Financial,    % Lieberman, Hunt & Assoc.
18425947      MB FInancial Bank
18425960      Sabina Syed
                                                                               TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2012                    Signature: _Joseph Speetjens_

```
District/off: 0752-1          User: cmendoza1           Page 3 of 3             Date Rcvd: Mar 05, 2012
                              Form ID: ntcftfc7         Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2012 at the address(es) listed below:
      Bradley J Waller    bjwtrustee@ksbwl.com, bwaller@ecf.epiqsystems.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Stephen J West    on behalf of Debtor Kristopher Robinson tmalaw@sjwlawott.com
                                                                                                          TOTAL: 3