UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ROBINSON, KRISTOPHER A | § | Case No. 12-03415 |
| ROBINSON, DANNAE E | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) | | | | |
|    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on       . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/BRADLEY J. WALLER_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sabina Syed | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACFPC LaGrange PO Box 7004 Bolingbrook, IL 60440-7004 | | | | | |
| | AT&T % West Asset Management 2703 N. Highway 75 Sherman, TX 75092 | | | | | |
| | AT&T Mobility % Afni PO Box 3097 Bloomington, IL 61702 | | | | | |
| | Advanced Urology Associates 812 Campus Dr. Joliet, IL 60435 | | | | | |
| | Adventist LaGrange Mem Hosp % Malcolm S. Gerald & Associates 332 S. Michigan Ave.; Suite 600 Chicago, IL 60604 | | | | | |
| | Adventist LaGrange Memorial PO Box 9234 Oak Brook, IL 60522-9234 | | | | | |
| | Alan Chen Surgical Associates PC 823 129th Infantry Drive Suite #103 Joliet, IL 60435-8437 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Anesthesia Assoc % Medical Business Bureau 140 Renaissance Dr. Park Ridge, IL 60068 | | | | | |
| | American Adjustment Bureau c/o Merchant's Credit Guide Co 223 W Jackson Blvd., #400 Chicago, IL 60606 | | | | | |
| | Assoc. Pathologists of Joliet % Creditors Discount & Audit Co. 415 E. Main St. Streator, IL 61364 | | | | | |
| | Associate Pathologists of Joliet 39784 Treasury Ctr. Chicago, IL 60694-9700 | | | | | |
| | Associated Radiologists of Joliet % Creditors Collection Bur 755 Almar Pkwy. Bourbonnais, IL 60914 | | | | | |
| | Bay Finance % Keynote Consulting 220 W. Campus Dr.; Suite 102 Arlington Heights, IL 60004 | | | | | |
| | CNAC 2345 W Jefferson St Joliet, IL 60435 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Central Professional Group % Asset Management Outsourcing 6737 W. Washington St.; Suite 3118 West Allis, WI 53214 |  |  |  |  |  |
|  | Chase/Bank One Card Service PO Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | ComEd PO Box 6111 Carol Stream, IL 60197-6111 |  |  |  |  |  |
|  | Condell Medical Center % Malcolm S Gerald & Assoc 332 S. Michigan Ave.; Suite 514 Chicago, IL 60604-4434 |  |  |  |  |  |
|  | Creditors Discount & Audit Co. PO Box 213 Streator, IL 61364 |  |  |  |  |  |
|  | DS Waters of America Inc. % CBA Collection Bureau 25954 Eden Landing Rd. Hayward, CA 94545 |  |  |  |  |  |
|  | Dr. Khater O.B.-Gyn % Collection Prof/LaSalle 723 1st St. La Salle, IL 61301 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EM Strategies Ltd. PO Box 1208 Bedford Park, IL 60499-1208 | | | | | |
| | Edward Hospital % Merchants Credit Guide 223 W. Jackson Blvd.; Suite 900 Chicago, IL 60606-6908 | | | | | |
| | Epic Group, S.C. Slot 303125 PO Box 66973 Chicago, IL 60666-0973 | | | | | |
| | Fischer Mangold Joliet % NCO Credit Services PO Box 8547 Philadelphia, PA 19101 | | | | | |
| | Franklin Collection Services 2978 W. Jackson St. Tupelo, MS 38801 | | | | | |
| | Issan Health Care Group Ltd. 2835 Paysphere Circle Chicago, IL 60474 | | | | | |
| | Jelly Roll Financial % Lieberman, Hunt & Assoc. | | | | | |
| | Joliet Doctors Clinic % Collection Prof/LaSalle 723 1st St. La Salle, IL 61301 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joliet Fire Dept. % Creditors Discount & Audit 415 E. Main St. Streator, IL 61364 | | | | | |
| | Joliet Radiological Service Co % Illinois Collection Serv PO Box 1010 Tinley Park, IL 60477 | | | | | |
| | Joliet Radiological Service Corp. 36910 Treasury Ctr. Chicago, IL 60694-6900 | | | | | |
| | LCA PO Box 2240 Burlington, NC 27216-2240 | | | | | |
| | Ladies Workout Express Membership c/o National Fitness Management P O Box 497 Layton, UT 84041 | | | | | |
| | Lighthouse Financial Group of Illinois Inc 232 S Larkin Ave Joliet, IL 60436 | | | | | |
| | MB FInancial Bank | | | | | |
| | MH Pembroke MC % NCO Credit Services PO Box 8547 Philadelphia, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morris Hospital c/o Miramed Revenue Group P.O. Box 77000 Detroit, MI 48277 | | | | | |
| | Optima Medical % Creditors Discount & Audit 415 E. Main St. Streator, IL 61364 | | | | | |
| | Pathology Laboratory Consult % Dependon Collection Serv PO Box 4833 Oak Brook, IL 60522 | | | | | |
| | Prairie Emergency Phys PO Box 635225 Cincinnati, OH 45263-0043 | | | | | |
| | Prairie Emergency Services % NCO Credit Services PO Box 8547 Philadelphia, PA 19101 | | | | | |
| | Prairie Emergency Services c/o West Asset Managment Inc P.O. Box 790113 Saint Louis, MO 63179 | | | | | |
| | Provena St. Joseph Med Ctr % KCA Financial Services, Inc. PO Box 53 Geneva, IL 60134 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena St. Joseph Medical Center 75 Remittance Dr. Suite 1366 Chicago, IL 60675-1366 | | | | | |
| | Provena St. Joseph Medical Center PO Box 88097 Chicago, IL 60680-1097 | | | | | |
| | Rasmussen College - Aurora 2363 Sequoia Drive Suite 131 Aurora, IL 60506 | | | | | |
| | Rockville General Ud % American Adjustment Bureau 73 Field St. Waterbury, CT 06702 | | | | | |
| | Security Finance PO Box 3146 Spartanburg, SC 29304 | | | | | |
| | Silver Cross Hospital % Vision Financial Service 1900 Whirlpool Dr. La Porte, IN 46350 | | | | | |
| | Silver Cross Hospital 1200 Maple Rd. Joliet, IL 60432 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Southwest Surgical Associates % Falls Collection Service PO Box 668 Germantown, WI 53022 | | | | | |
| | Sprint % NCO Financial Services 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Suburban Radiologists, S.C. 1446 Momentum Place Chicago, IL 60689-5314 | | | | | |
| | Superior Air-Ground Ambulance % MRSI 2250 E. Devon Ave.; Suite 352 Des Plaines, IL 60018 | | | | | |
| | TCF National Bank IL % American Collections 919 Estes Crt. Schaumburg, IL 60193 | | | | | |
| | United States Cellular Corp. % Allied International Cre 2224 W. Northern Ave.;Suite 5143272 Phoenix, AZ 85021 | | | | | |
| | Verizon Wireless PO Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFS/Wachovia Dealer Services PO Box 1697 Winterville, NC 28590 | | | | | |
| | Wells Fargo P O Box 660431 Dallas, TX 75266 | | | | | |
| | Will Co. Medeical Assoc. SC % Harvard Collection 4839 N. Elston Ave. Chicago, IL 60630 | | | | | |
| | Wood Forest National Bank P.O. Box 7889 The Woodlands, TX 77387 | | | | | |
| | Woodlands of Crest Hill % Allied Collection Service 4230 LBJ Fwy; Suite 407 Dallas, TX 75244 | | | | | |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000009 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CAVALRY PORTFOLIO SERVICES, LLC | | | | | |
| 000001 | COMMONWEALTHE EDISON COMPANY | | | | | |
| 000007 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000005 | SILVER CROSS HOSPITAL | | | | | |
| 000002 | SOUTHWEST SURGICAL ASSOCIATES | | | | | |
| 000006 | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-03415 BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|
| Case Name: | ROBINSON, KRISTOPHER A | | Date Filed (f) or Converted (c): | 01/31/12 (f) |
| | ROBINSON, DANNAE E | | 341(a) Meeting Date: | 02/29/12 |
| For Period Ending: | 12/06/12 | | Claims Bar Date: | 06/04/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts | 150.00 | 150.00 | | 0.00 | FA |
| 2. Household Goods | 800.00 | 800.00 | | 0.00 | FA |
| 3. Wearing Apparel | 50.00 | 50.00 | | 0.00 | FA |
| 4. Pension / Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 5. Vehicles | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6. Vehicles | 500.00 | 500.00 | | 0.00 | FA |
| 7. Vehicles | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8. Inheritance (u) | 0.00 | 0.00 | | 16,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $6,500.00 | $6,500.00 | | $16,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/13      Current Projected Date of Final Report (TFR): 03/31/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-03415 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | ROBINSON, KRISTOPHER A | Bank Name: | Congressional Bank |
|  | ROBINSON, DANNAE E | Account Number / CD #: | *******7193  Checking Account |
| Taxpayer ID No: | *******2092 |  |  |
| For Period Ending: | 12/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 05/31/12 |  | PNC Bank NA |  | 1210-000 | 16,000.00 |  | 16,000.00 |
| 10/19/12 | 001001 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Chapter 7 Compensation/Fees | 2100-000 |  | 2,350.00 | 13,650.00 |
| 10/19/12 | 001002 | BRADLEY J. WALLER<br>KLEIN STODDARD BUCK WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Chapter 7 Expenses | 2200-000 |  | 135.60 | 13,514.40 |
| 10/19/12 | 001003 | Commonwealthe Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | Claim 000001, Payment 75.49922% | 7100-000 |  | 674.88 | 12,839.52 |
| 10/19/12 | 001004 | Southwest Surgical Associates<br>% Falls Collection Service<br>PO Box 668<br>Germantown, WI 53022 | Claim 000002, Payment 75.50000% | 7100-000 |  | 39.26 | 12,800.26 |
| 10/19/12 | 001005 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Claim 000003, Payment 75.50031% | 7100-000 |  | 218.06 | 12,582.20 |
| 10/19/12 | 001006 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-1340 | Claim 000004, Payment 75.49896% | 7100-000 |  | 3,459.77 | 9,122.43 |
| 10/19/12 | 001007 | Silver Cross Hospital<br>1900 Silver Cross Blvd<br>New Lenox,IL 60451 | Claim 000005, Payment 75.49893% | 7100-000 |  | 6,819.26 | 2,303.17 |
| 10/19/12 | 001008 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000006, Payment 75.49915% | 7100-000 |  | 675.74 | 1,627.43 |

Page Subtotals         16,000.00         14,372.57

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-03415 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | ROBINSON, KRISTOPHER A | Bank Name: | Congressional Bank |
| | ROBINSON, DANNAE E | Account Number / CD #: | *******7193 Checking Account |
| Taxpayer ID No: | *******2092 | | |
| For Period Ending: | 12/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/19/12 | 001009 | LVNV Funding, LLC its successors and assigns as assignee of NCO Portfolio Management Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000007, Payment 75.49905% | 7100-000 | | 251.51 | 1,375.92 |
| 10/19/12 | 001010 | American InfoSource LP as agent for US Cellular PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000008, Payment 75.49752% | 7100-000 | | 211.31 | 1,164.61 |
| 10/19/12 | 001011 | American InfoSource LP as agent for US Cellular PO Box 248838 Oklahoma City, OK 73124-8838 | Claim 000009, Payment 75.49901% | 7100-000 | | 1,164.61 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,000.00 | 16,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 16,000.00 | 16,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 16,000.00 | 16,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7193 | 16,000.00 | 16,000.00 | 0.00 |
| | 16,000.00 | 16,000.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    1,627.43

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-03415 -BB | Trustee Name: | BRADLEY J. WALLER |
| --- | --- | --- | --- |
| Case Name: | ROBINSON, KRISTOPHER A | Bank Name: | Congressional Bank |
| | ROBINSON, DANNAE E | Account Number / CD #: | *******7193 Checking Account |
| Taxpayer ID No: | *******2092 | | |
| For Period Ending: | 12/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*